IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNA K. STALLWORTH, Individually and on behalf of the wrongful death beneficiaries of Erin Nicole Wray who are entitled to recover under said wrongful death statute | § § § § § § | PLAINTIFF |
| v. | § § | CIVIL ACTION NO. 1:06CV82-LG-JMR |
| ASHBRITT, INC., et al. | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [128] filed by the only remaining Defendant, Paul Bunyan, Inc., the Court, after a full review and consideration of Defendant's Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Paul Bunyan, Inc., pursuant to FED. R. CIV. P. 56. Plaintiff's claims against Paul Bunyan, Inc. are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of February, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE